# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JANET HOYT,**

        **Plaintiff,**

**v.**                                                  **Case No: 6:18-cv-324-Orl-40DCI**

**EAU GALLIE FOODS, LLC,**

        **Defendant.**

## ORDER

This cause comes before the Court on review of Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. 11) filed May 30, 2018, 2016. The notice is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See Matthews v. Gaither*, 902 F.2d 877, 880 (11th Circ. 1990) (per curiam). The Clerk is **DIRECTED** to close the file.

**DATED** in Orlando, Florida, this 1st day of June 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party